WALTER NIEDZWIECKI ET AL. *v.* WEST END MOVING
AND STORAGE COMPANY ET AL.

The plaintiffs' motion in the appeals from the Superior Court in Hartford County that the order of this court dated January 4, 1973, be "vacated, revoked and set aside" is denied.

*John T. Cullinan,* in support of the motion.

*Richard D. Zeisler,* in opposition.

Submitted January 26—decided February 6, 1973

MICHAEL J. ZIELSKI ET AL. *v.* STRATFORD PLANNING
AND ZONING COMMISSION

The defendant's petition for certification for appeal from the Court of Common Pleas in Fairfield County is granted.

*Aaron B. Schless,* in support of the petition.

*Raymond B. Rubens,* in opposition.

Submitted February 1—decided February 8, 1973

STATE OF CONNECTICUT *v.* LUKE AQUILINO AND
RAYMOND J. ZACCHIO

The defendants' petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Francis J. DiScala,* in support of the petition.

*Martin L. Nigro,* in opposition.

Submitted February 5—decided February 8, 1973